IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CASE NO.: 4:19-CR-140-DMB-JMV-1 |
| ANTHONY LEFLORE | DEFENDANT |

## ORDER GRANTING MOTION TO REVOKE PRETRIAL RELEASE

The defendant, Anthony Leflore, having appeared this day before the undersigned for a bond violation hearing, and having considered the testimony from the counselors, and it appearing to the court that there is sufficient evidence to prove that the defendant violated one or more conditions of release that complies with his conditions of pretrial supervision and is likely to do so again unless detained; therefore, the Motion to Revoke Pretrial Release is hereby **granted**. It is therefore

**ORDERED:**

That the defendant's bond be revoked and that the defendant be detained pending trial in this matter. Defendant is hereby remanded to the United States Marshal Service.

**THIS,** the 17th day of August, 2020.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**